**In the United States District Court**
**For the Central District of Illinois**
**Springfield Division**

| | | |
|---|---|---|
| CYNTHIA WARD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| TMB FITNESS, LLC | ) | |
| | ) | |
| Defendant. | ) | **Jury Trial Demanded** |

**COMPLAINT**

Now Comes the Plaintiff, CYNTHIA WARD ("Ward"), by and through her undersigned counsel, John A. Baker, and in support of her complaint against the Defendant, TMB FITNESS, LLC ("TMB"), states as follows:

**I.  Jurisdiction and Venue**

1.  Ward alleges that TMB violated her rights under the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C.A. § 621 et seq.  This is a federal statute vesting jurisdiction in this Court under 28 U.S.C. § 1331.

2.  Ward, at the times the incidents giving rise to this litigation occurred, was employed by TMB in Sangamon County, Illinois.  The Defendant engages in business in Sangamon County, Illinois, making venue appropriate in this Court.

## II.  Nature of this lawsuit

3.  Ward maintains this lawsuit against TMB by alleging that her rights under the ADEA have been violated.  Specifically, she contends that she was suspended from her position and subsequently demoted on or about December 4, 2020; and when she was terminated from her position on February 26, 2021.

## III.  Parties

4.  Ward is an adult resident of the State of Illinois.  She was previously employed by TMB as a fitness instructor in Springfield, Illinois.

5.  TMB is owns and operates multiple Orangetheory Fitness locations in Illinois.  One of the locations it owns and operates is in Springfield, Illinois.

6.  TMB is an "employer" as that term is defined by the ADEA.

## IV. Complaint

7.  The ADEA provides that it is unlawful for an employer "to discriminate against any individual with respect to her compensation, terms, conditions, or privileges of employment, because of such individual's age." 29 U.S.C. § 623(a)(1).

8.  Ward's date of birth is November 14, 1974.  At the time TMB took the actions she complains about in this lawsuit she was in a class of individuals protected from discrimination because of her age.

9.  Ward was hired as a fitness coach for the Springfield location of Orangetheory in July of 2018.

10.  Ward was highly regarded as a coach and was promoted to the position

of head coach in May of 2020.

11. Throughout her tenure with Orangetheory she consistently exceeded the reasonable expectations of her employer.

12. On November 30, 2020, Ward was told that she had been suspended from work, told that she should not doing any head coach duties, and was not allowed to access the computer system.

13. On December 4, 2020, she was demoted from the position of head coach.

14. At the time that she was demoted it was her supervisor's hope that she would quit. Ward did not quit and continued to perform her duties in a manner consistent with the legitimate expectations of her employer.

15. On February 26, 2021, her employment with Orangetheory was terminated.

16. The justifications offered by Orangetheory for her termination were not truthful.

17. The individual who made the decision to terminate Ward's employment – and also to demote her – was more than ten years younger than Ward.

18. The person who was selected to replace Ward was more than fifteen years younger than Ward.

19. TMB has no other fitness instructors at its Springfield location that are over the age of 40.

20. But for Ward's age, she would not have been demoted and her employment with TMB would not have been terminated.

21. In terminating Ward's employment, TMB violated her rights under the ADEA.

22. As a result of TMB's actions, Ward has sustained damages.

23. Ward timely filed a charge of discrimination with the Equal Employment Opportunity Commission and that charge was assigned case number 21B-2021-00568.

24. Ward received a notice of right to sue from the EEOC on August 30, 2021, and is initiating this lawsuit in a timely fashion.

Wherefore, Ward respectfully requests that this Court enter an order finding and providing as follows:

A. An order mandating TMB to compensate her for the wages and benefits she lost as a result of her termination.

B. Equitable relief in the form of either reinstatement or front pay.

C. Liquidated damages.

D. An award of attorney fees associated with bringing this claim.

E. Any other order that is just and appropriate.

**Ward requests a jury trial**

CYNTHIA WARD

By: /s/ John A. Baker
   Her Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:  (217) 522-3445
Facsimile:  (217) 522-8234
Email:  jab@bbklegal.com