IN THE CIRCUIT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Springfield Division

| | |
|---|---|
| Cynthia Ward, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   21-cv-3222 |
| TMB Fitness, LLC, | ) |
| Defendant. | ) |

**Stipulation for Dismissal**

Through their respective counsel the parties stipulate to the dismissal of this action. That parties ask that this Court dismiss this matter, with prejudice, and with an order that each party is to bear its own costs.


Cynthia Ward

By: s/ John A. Baker
    Her Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
(T)   (217) 522-3445
(F)   (217) 522-8234
(E)   jab@bbklegal.com

TMB Fitness, LLC

By: s/ Ryne J. Takacs (by consent)
    Its Attorney

Ryne J. Takacs
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center, N.W.
Grand Rapids, MI 49503
(T)   (616) 774-8000
(E)   rtakacs@shrr.com

**Certificate of Service**

  This document was filed utilizing the Court's ECF system.  A copy will automatically be served on all counsel of record.  No copies have been served via any alternative method of service.

                Cynthia Ward

              By:  */s/ John A. Baker*
                 Her Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:	(217) 522-3445
Facsimile:	(217) 522-8234
E-mail: jab@bbklegal.com